BLANCHE B. CROUNSE, as Administratrix, etc., of HOWARD CROUNSE, Deceased, Respondent, v. LIGGETT AND MYERS TOBACCO COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ELLA A. WESTER, Appellant, v. ERA M. SCOFIELD, Respondent, Impleaded with Another, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRED B. PARKER, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROWLAND J. LUMLEY and Others, Respondents, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THOMAS MINK, Appellant, v. GEORGE GEIR and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BEARDSLEY-CLARKE REALTY Co., INC., Respondent, v. MAX LEVINSON, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FREDERICK E. FRIEDMAN, Respondent, v. MATILDA M. MILLER, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DAVIS, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

TRAVELERS INSURANCE COMPANY, Respondent, v. JAMES RYAN, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CLARE L. RICKERT, Respondent, v. L. G. SCHOEPFLIN COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARL J. RAUBER, Respondent, v. WILLIAM BILL, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRANK FITZPATRICK, Appellant, v. CANADIAN STEAMSHIP LINES, LTD., Respondent.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers and briefs by April sixth.

In the Matter of the Application of DAVID POZARNY, Respondent, for a Peremptory Mandamus Order Directing the Issuance, etc., of a Permit to Conduct a Public Garage, etc., in the City of Buffalo. FRANK X. SCHWAB and Others, as and Constituting The Council of the City of Buffalo, and Another, Appellants.— Appeal ordered added to present calendar, to be ready for argument March eighteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. [See *post*, p. 852.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRIBBROCK, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by March twenty-first and be ready for argument during week of March twenty-third. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.